**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARRYL HENDERSON, ) | |
| Plaintiff, ) | Case No. 2:16-cv-00276-JAD-CWH |
| ) | **ORDER** |
| vs. ) | |
| NEVADA DEPT. OF CORRECTIONS, *et al.*, ) | |
| Defendants. ) | |

Before the Court is Defendant Christopher Zuniga's ("defendant") unopposed motion for referral to an early mediation conference (doc. # 5), filed February 23, 2016.

In his motion, defendant asks the Court to refer this case to the Inmate Early Mediation Program, and to stay the action for ninety (90) days until mediation is complete. Defendant explains that mediation would benefit the parties, and points out that Plaintiff Darryl Henderson does not oppose the motion.

Under Local Rule 16-5, the Court "may, in its discretion and at any time, set any appropriate civil case for settlement conference, summary jury trial, or other alternative method of dispute resolution." Loc. R. 16-5.

The Court agrees with defendant that mediation would benefit the parties. As such, the Court grants defendant's request.

Accordingly, **IT IS HEREBY ORDERED** that defendant's unopposed motion for referral to an early mediation conference (doc. # 5) is **granted**.

//

**IT IS FURTHER ORDERED** that this case is **referred** to the Court's Inmate Early Mediation Program.

**IT IS FURTHER ORDERED** that the action is **stayed** for ninety (90) days to allow the parties to settle their dispute. During this stay, the parties shall not engage in discovery, or file pleadings or papers.

**IT IS FURTHER ORDERED** that the parties shall **file** a joint status report within 5 days of the completion of mediation, apprising the Court of the status of this action. Upon filing of the foregoing, the parties shall await further order of this Court.

DATED: March 4, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**