# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARRYL HENDERSON, | Case No. 2:16-cv-00276-JAD-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| NEVADA DEPT. OF CORRECTIONS, *et al.*, | |
| Defendants. | |

Before the Court is Defendant Christopher Zuniga's ("defendant") unopposed motion to extend stay (doc. # 9), filed April 18, 2016.

In his motion, defendant asks the Court to extend the stay in this action from June 2, 2016 to June 27, 2016 to allow the parties to engage in a mediation conference set on June 24, 2016. Defendant adds that Plaintiff Darryl Henderson does not oppose the instant motion.

Good cause appearing, this Court grants the requested extension.

Accordingly, **IT IS HEREBY ORDERED** that defendant's unopposed motion to extend stay (doc. # 9) is **granted**.

**IT IS FURTHER ORDERED** that the action is **stayed** until June 27, 2016 to allow the parties to settle their dispute. During this stay, the parties shall not engage in discovery, or file pleadings or papers.

**IT IS FURTHER ORDERED** that an Early Mediation Conference Order containing specific details about the mediation will issue separately.

//

1     **IT IS FURTHER ORDERED** that the parties shall **file** a joint status report within 5 days of the completion of mediation, apprising the Court of the status of this action.  Upon filing of the foregoing, the parties shall await further order of this Court.

    DATED: April 19, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**