# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DARRYL HENDERSON,                     )          Case No. 2:16-cv-00276-JAD-CWH
                                      )
            Plaintiff,                )
                                      )
      v.                              )
                                      )
NEVADA DEPARTMENT OF                  )          **ORDER**
CORRECTIONS, et al.,                  )
                                      )
            Defendants.               )
_____)

Presently before the court is Defendant's motion (ECF No. 13) to extend the stay previously ordered (ECF No. 10) by this court, filed on June 24, 2016.  The plaintiff has not filed a response.

Plaintiff requests a stay until 14 days after the early mediation conference that occurred on August 25, 2016.  Plaintiff and Defendant attended the early mediation conference, but were not able to reach a settlement.

IT IS THEREFORE ORDERED that Defendant's motion (ECF No. 13) to extend the stay is GRANTED.  This matter is stayed until September 8, 2016.

IT IS FURTHER ORDERED Plaintiff and Defendant file a joint status report regarding this case no later than September 15, 2016.


DATED: August 30, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge