**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARRYL HENDERSON, | Case No. 2:16-cv-00276-JAD-CWH |
| Plaintiff, | |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | **ORDER** |
| Defendants. | |

Presently before the Court are Plaintiff Darryl Henderson's attorney's motion to stay proceedings (ECF No. 35) and motion to withdraw as attorney (ECF No. 36), filed on September 19, 2017. Plaintiff's counsel moves to withdraw from this case, citing illness on the part of Cal J. Potter, III, Esq., and financial burden on the part of C.J. Potter, IV, Esq. Plaintiff's counsel also requests an indefinite stay of discovery, allowing Plaintiff an opportunity to retain new counsel.

Upon review, the Court finds good cause to grant the motion to withdraw. However, the Court does not find good cause for an indefinite stay of discovery at this time. Given that discovery does not close in this matter until February 12, 2018 (ECF No. 34), the Court finds that Plaintiff will have ample opportunity to retain new counsel, and further finds no suggestion that he would be unduly prejudiced by current counsel's withdrawal before retaining new counsel.

//
//
//
//
//
//
//
//
//

1

1     IT IS THEREFORE ORDERED that Plaintiff's counsel to withdraw (ECF No. 36) is
2 GRANTED.
3     IT IS FURTHER ORDERED that Plaintiff's motion to stay (ECF No. 35) is DENIED
4 without prejudice.
5     IT IS FURTHER ORDERED that the Clerk shall send a copy of this order to Plaintiff at the
6 following address: 3814 Peaceful Hills, N. Las Vegas, Nevada 89032.
7     DATED: September 26, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge