1  AARON D. FORD
     Attorney General
2  MATTHEW P. FEELEY (Bar No. 13336)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Ave., #3900
   Las Vegas, Nevada 89101
5  (702) 486-3120 (phone)
   (702) 486-3773 (fax)
6  E-mail: mfeeley@ag.nv.gov

7  *Attorneys for Defendants*
   *Christopher Zuniga, Efrain Lona,*
8  *And Martin Urriola*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARRYL HENDERSON, | Case No. 2:16-cv-00276-JAD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | ECF No. 67 |
| Defendants. | |

Defendants Christopher Zuniga, Efrain Lona, and Martin Urriola, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Matthew P. Feeley, Deputy Attorney General, and Plaintiff Darryl Henderson, by and through counsel, Travis N, Barrick, Esq., hereby stipulate and agree to dismiss the above-captioned matter with prejudice. Each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the parties. The parties further state

///

///

that they have resolved this matter in its entirety, and that the Court may accordingly close the case and vacate all future proceedings.

DATED this 31st day of January, 2020.   DATED this 31st day of January, 2020.

By: /s/ Travis N. Barrick                    By: /s/ Matthew P. Feeley
    TRAVIS N. BARRICK (Bar No. 9257)   MATTHEW P. FEELEY (Bar No. 13336)
    Gallian Welker & Beckstrom, LC        Deputy Attorney General
    540 E. St. Louis Avenue               Office of the Nevada Attorney General
    Las Vegas, Nevada 89104            555 E. Washington Avenue, #3900
    *Attorney for Plaintiff*                   Las Vegas, Nevada 89101
                                                *Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 67]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings are vacated. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

2-3-2020
UNITED STATES DISTRICT JUDGE